IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY C. ALEXANDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES TILTON,<br><br>　　　　Defendant.<br>_____/ | 1:07-cv-00759-LJO-DLB (PC)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br><br>(DOCUMENT #6) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 18, 2007,  plaintiff filed a motion for extension of time to file an application to proceed in forma pauperis, or pay the filing fee.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file his application to proceed in forma pauperis, or pay the filing fee.

　　　IT IS SO ORDERED.

　　　Dated:   **August 27, 2007**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE