IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY C ALEXANDER, | 1:07-cv-00759-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| JAMES E. TILTON, | (DOCUMENT #10) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 14, 2008, plaintiff filed a motion to extend time to file his amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his second amended complaint.

IT IS SO ORDERED.

Dated:   **April 28, 2008**         /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE