IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY C. ALEXANDER, | 1:07-cv-0759-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING THIRD MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| JAMES E. TILTON, | (DOCUMENT #14) |
| Defendants. | FIFTEEN DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 16, 2008, plaintiff filed a motion to extend time to file his second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted fifteen (15) days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

Dated:  **July 21, 2008**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE